**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>Movants/Defendants,<br><br>v.<br><br>AMERICAN BAR ASSOCIATION<br><br>Respondent/Plaintiff,<br><br>IN RE THIRD PARTY SUBPOENAS | Civil Action No. 1:26-mc-00333-KPF<br><br>Underlying Litigation:<br><br>*American Bar Association v. Executive Office of the President, et al.*, Civ. A. No. 25-1888 (AHA) (D.D.C.) |

**ORDER GRANTING RESPONDENT/PLAINTIFF AMERICAN BAR ASSOCIATION'S CONSENT MOTION TO TRANSFER MOVANTS/DEFENDANTS' MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER**

The Court has considered Respondent's Consent Motion to Transfer Movants/Defendants' Motion to Quash Subpoena or for a Protective Order ("Motion"). The Court has been advised and finds that the subpoenaed non-party, Boris Epshteyn, as well as Movants/Defendants, consent to the transfer of this enforcement proceeding to the issuing court, *i.e.*, to the United States District Court for the District of Columbia. Transfer will also promote judicial economy and ensure consistent rulings across the underlying litigation.

IT IS HEREBY ORDERED that:

1. This miscellaneous action, including the pending Motion to Quash Subpoena or for a Protective Order, is TRANSFERRED to the United States District Court for the District of Columbia.
2. The schedule previously ordered by this Court on the pending Motion to Quash Subpoena or for a Protective Order, ECF 6, is adjourned.

3. The Clerk of the Court is directed to close this miscellaneous action and transfer the complete file, including all pending motions and related papers, to the Clerk of the United States District Court for the District of Columbia.

IT IS SO ORDERED.

Dated: July 20, 2026
New York, New York

Katherine Polk Failla

Hon. Katherine Polk Failla
United States District Judge