**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*,<br><br>       *Movants/Defendants*,<br><br>    v.<br><br>AMERICAN BAR ASSOCIATION,<br><br>       *Respondent/Plaintiff*<br><br><br>IN RE THIRD PARTY SUBPOENAS | Case No. 1:26-mc-114<br><br>Underlying Litigation:<br><br>*American Bar Association v. Executive Office of the President*, *et al.*, No. 1:25-cv-1888 (AHA) (D.D.C.) |

**JOINT MOTION TO SET BRIEFING SCHEDULE REGARDING DEFENDANTS'**
**MOTION TO QUASH SUBPOENA OR FOR PROTECTIVE ORDER**

The parties have met and conferred and hereby respectfully jointly move the Court to enter the following briefing schedule for Defendants' Motion to Quash Subpoena or for Protective Order ("Motion"):

- Respondent/Plaintiff's response to the Motion is due on August 11, 2026;

- Movants/Defendants' reply in support of the Motion is due on August 25, 2026.

WHEREFORE, the parties respectfully ask that the Court to enter the stipulated briefing schedule.

Dated: August 7, 2026        Respectfully submitted,

                                BRETT A. SHUMATE
                                Assistant Attorney General
                                Civil Division

                                ALEXANDER K. HAAS
                                DIANE KELLEHER
                                Directors, Federal Programs Branch

1

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch
CHRISTOPHER M. LYNCH
JAMES R. POWERS
Chief Litigation Counsel, Federal Programs Branch

/s/ *James J. Wen*
MICHAEL VELCHIK
Senior Counsel, Civil Division
JAMES J. WEN (NY Bar No. 5422126)
M. JARED LITTMAN
ADAM S. FOX
Trial Attorneys,
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Telephone: (202) 616-8185
E-mail: james.j.wen@usdoj.gov

*Counsel for Defendants*


Stephen Shackelford, Jr. (D.C. Bar #NY0443)
Beatrice Franklin (*Admitted pro hac vice*)
/s/ *Jillian Hewitt*
Jillian Hewitt (*Admitted pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, New York 10001
Tel.: 212-336-8330
sshackelford@susmangodfrey.com
bfranklin@susmangodfrey.com
jhewitt@susmangodfrey.com

Neal Manne (D.C. Bar #357012)
Barry Barnett*
Harry Susman (Admitted *pro hac vice*)
Justin A. Nelson (D.C. Bar#490347)
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Tel.: 713-651-9366
nmanne@susmangodfrey.com
bbarnett@susmangodfrey.com

2

hsusman@susmangodfrey.com
jnelson@susmangodfrey.com

Davida Brook (D.C. Bar No. CA00117)
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Tel.: 310-789-3100
dbrook@susmangodfrey.com

Steve Seigel (D.C. Bar#D00473)
Jordan Connors (Admitted *pro hac vice*)
Katherine Peaslee (Admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, Washington 98101
Tel: 206-516-3880
jconnors@susmangodfrey.com
sseigel@susmangodfrey.com
kpeaslee@susmangodfrey.com

*\*pro hac vice* forthcoming

*Counsel for Plaintiff*

**<u>CERTIFICATION OF SERVICE</u>**

I hereby certify that, on August 7, 2026, this memorandum was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *James J. Wen*
JAMES J. WEN
