**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, | Case No. 1:26-mc-00114 (AHA) |
| Movants/Defendants, | |
| v. | Underlying Litigation: |
| AMERICAN BAR ASSOCIATION | *American Bar Association v. Executive Office of the President, et al.*, No. 25-cv-1888 (AHA) (D.D.C.) |
| Respondent/Plaintiff, | |
| IN RE THIRD PARTY SUBPOENAS | |

**[PROPOSED] ORDER ON MOVANTS' MOTION TO QUASH SUBPOENA OR FOR A PROTECTIVE ORDER**

The Court having considered Movants' Motion to Quash or For a Protective Order, and Respondent's response in Opposition thereto:

IT IS HEREBY ORDERED, this _____ day of _____, 2026, that:

1. Movants' Motion is DENIED.

2. In the event the Government intends to raise a privilege objection to the production of documents responsive to the subpoena *duces tecum* to Mr. Epshteyn, the Government must, within two weeks of receiving access to responsive documents, invoke such privilege by serving on Respondent a privilege log that "expressly make[s] the claim" of privilege and "describe[s] the nature of the withheld documents" in a manner that "will enable the parties to assess the claim" of privilege. Fed. R. Civ. P. 45(e)(2)(A).

3. In the event the Government intends to raise a privilege objection to specific questions posed to Mr. Esphteyn at his deposition pursuant to the subpoena *ad testificandum*, the Government may do so on a question-by-question basis at the deposition.

SO ORDERED

_____
AMIR H. ALI
United States District Judge

Date: _____, 2026